UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1010 (ADM/AJB)

| | | |
|---|---|---|
| Lynn Murray, a minor, by Lesa Murray, her mother and natural guardian, and Lesa Murray,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | ) | ORDER |

Upon the Stipulation of the parties, no hearing hereon being deemed necessary, and for good cause shown, it is hereby

ORDERED that

Discovery shall be commenced in time to be completed by **February 1, 2003**.

Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows: By Plaintiffs on or before December 1, 2002; By Defendant on or before **January 1, 2003.**

**The trial ready date of March 1, 2003 can remain unchanged.**

Dated: 7/24/02

Arthur J. Boylan
Magistrate Judge

JUL 24 2002

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1010 (ADM/AJB)

| | | |
|---|---|---|
| Lynn Murray, a minor, by Lesa Murray, her mother and natural guardian, and Lesa Murray,<br>Plaintiffs,<br>v.<br>United States of America,<br>Defendant. | ) | STIPULATION TO EXTEND DEADLINES |

The undersigned attorneys hereby stipulate that additional time is need to complete discovery in the above-referenced matter. The parties, through their respective counsel, hereby stipulate and proposed the following dates for completion of discovery:

Discovery shall be commenced in time to be completed by February 1, 2003.

Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows: By Plaintiffs on or before December 1, 2002; By Defendant on or before January 1, 2003.

The trial ready date of March 1, 2003 can remain unchanged.

Dated: 7-24-02

THOMAS B. HEFFELFINGER
United States Attorney

BY: GREGORY G. BROOKER
Assistant United States Attorney
Attorney I.D. No. 166066
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Dated: 7-24-02

SCHNEIDER LAW FIRM

Ronald H. Schneider
Atty. Reg. No. 97299
706 South First Street
P.O. Box 776
Willmar, MN 56201
(320) 235-1902