UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1010 (ADM/AJB)

| | | |
|---|---|---|
| Lynn Murray, a minor, by Lesa Murray, her mother and natural guardian, and Lesa Murray, | ) | |
| Plaintiffs, | ) | |
| v. | ) | ORDER |
| United States of America, | ) | |
| Defendant. | ) | |

Upon the Stipulation of the parties, no hearing hereon being deemed necessary, and for good cause shown, it is hereby

ORDERED that

Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

By Plaintiffs on or before **April 1, 2003**; By Defendant on or before **May 1, 2003.**

Discovery shall be commenced in time to be completed by **May 30, 2003.**

The case be ready for trial **June 1, 2003.**

Dated: 11/6/02

Arthur J. Boylan
Magistrate Judge

NOV 06 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK