AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Lynn Murray, a minor, by Lesa Murray, her mother and natural guardian, and Lesa Murray, individually

V.

United States of America

## JUDGMENT IN A CIVIL CASE

Case Number: 01-1010 ADM/JSM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Defendant's Motion for Summary Judgment is granted.

April 4, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Shirley Hansen, Deputy Clerk

27

Modified:01/09/03